PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 10-1265 and 10-2332

MINARD RUN OIL COMPANY; PENNSYLVANIA INDEPENDENT OIL AND GAS
ASSOCIATION; ALLEGHENY FOREST ALLIANCE;
COUNTY OF WARREN, PENNSYLVANIA

v.

UNITED STATES FOREST SERVICE, an agency of the
U.S. Department of Agriculture;
TOM TIDWELL, in his official capacity as Chief of the U.S. Forest Service;
KENT P. CONNAUGHTON, in his official capacity
as regional Forester for the U.S. Forest Service, Eastern Region;
LEANNE M. MARTEN, in her official capacity as
Forest Supervisor for the Allegheny National Forest;
ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA;
FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS;
ALLEGHENY DEFENSE PROJECT;
SIERRA CLUB

Forest Service Employees for Environmental Ethics,
Allegheny Defense Project, Sierra Club,
Appellants

Before: FUENTES, CHAGARES and ROTH, Circuit Judges

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on September 20, 2011 is amended
to delete the statute citation appearing in footnote 3 on page 10 of the opinion as follows:

Drilling in the ANF is regulated by the Pennsylvania Department of
Environmental Protection (DEP) and subject to a permit process. A permit is
usually obtained before applying for an NTP. As an affected landowner, the

Service has the right to participate in the permit process and challenge the terms of a permit.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  March 7, 2012